Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX. 78711

75,780-02

September 27, 2015

FROM: MR. Kurt A. Miles #1404838
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705

RE: 1087429-B

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 05 2015
Abel Acosta, Clerk

DEAR MR. A. Acosta

Could you please tell me at this time has Harris Co. Courts & Mr. Wilford Anderson submitted to your court the "SUPPLEMENTAL RECORD" that the Court of Criminal Appeals requested be due in court on Monday, September 14, 2015?

I have not received an "official notice" from your court notifying me upon reciept of the "supplemental record" etc.

Respectfully submitted,
MR. Kurt A. Miles
TDC# 1404838

P.S. Thank you for your time, & assistance Mr. Acosta...